Concurring in this opinion : HUNT, BOCKES, WRIGHT and DAVIES, Ch. J.

Reversed.

———◆◆◆———

## COURT OF APPEALS.

HIRAM WRIGHT, administrator, &c. agt. MARY A. ROWLAND.

*December,* 1868.

> CHAMBERS & POMEROY, *attorneys, and counsel for plaintiff, appellant.*
>
> ALFRED ROE, *attorney and counsel for defendant, respondent.*

" Order of general term *reversed,* and order of special term affirmed with costs."

The decision of the general term in this cause is *reported ante page* 115. The above decision of the court of appeals, it will be seen, reverses the decision of the general term. It is understood that no written opinion was given by the court of appeals.